UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Garcia,

                        Plaintiffs,

           -against-

444 South Broadway Pizza Inc., et al.,

                        Defendant.

----------------------------------------------------------------X

7:23-cv-03846-KMK-VR

**ORDER RE STATUS CONFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 11/8/2023

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **December 6, 2023  at 10**

**am**. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code

5999739, then # to enter the conference. At the Status Conference, the parties should be prepared

to discuss the following:

      (1) a brief summary of claims, defenses, and relevant issues;
      (2) the basis of subject matter jurisdiction;
      (3) the subjects on which discovery may be needed;
      (4) any anticipated discovery disputes or sought-after limitations on discovery;
      (5) any plans for electronic discovery and ESI protocols;
      (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
      (7) any anticipated motions; and
      (8) the prospects and timing for early settlement or resolution.

      **SO ORDERED.**

DATED:      White Plains, New York
            November 8, 2023

                               _____
                               VICTORIA REZNIK
                               United States Magistrate Judge