**MURTAGH, COSSU, VENDITTI, & CASTRO-BLANCO, LLP**
ATTORNEYS AT LAW
222 BLOOMINGDALE ROAD, SUITE 202
WHITE PLAINS, NEW YORK 10605
(914) 288-9595
Fax (914) 288-0850

John M. Murtagh
e-mail: jmurtagh@MCVClaw.com
Direct Dial: (914) 831-6239

December 4, 2023

**VIA ECF**

Hon. Victoria Reznik
United States District Court
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

<u>Garcia v. 444 South Broadway Pizza, Inc. et ano., 23-cv-3846 (KMK)(VR)</u>

Your Honor:

We represent the defendants in this matter.

The Court will recall that this case involves wage claims under the federal Fair Labor Standards Act, 29 U.S.C. § 201 et seq., as well as related state law claims by plaintiff, formerly a delivery man for defendant corporation which operates a pizza parlor in Yonkers, New York.

The parties are presently engaged in discovery and, additionally, participated in an initial mediation session with Court appointed Mediator Sara Kula on November 30, 2023. Although the case did not resolve, the parties made substantial progress toward a negotiated resolution of the claims and have agreed to continue their negotiations including at a follow up meeting with Mediator Kula scheduled for December 15th.

In light of the above and the parties' ongoing discussions, we request, with plaintiff's consent, that the status conference before Your Honor, presently scheduled for this coming Wednesday, December 6th, be adjourned to a date convenient for the Court, between December 18th and 22nd or immediately after the Christmas/New Year week.

Respectfully,

John M. Murtagh
(JM5815)

The parties' request is **GRANTED.** The telephonic case management conference is rescheduled to 1/2/24 at 11:30 am. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and press # to enter the conference.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.   Dated: 12/5/23