UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CRECENZIANO GARCIA, individually
and on behalf of others similarly situated,          CASE NO.: 7:23-cv-03846-KMK

                Plaintiff,

v.

                                                        **PROPOSED FINAL JUDGMENT**

444 SOUTH BROADWAY PIZZA INC.,
A New York corporation, and EFREN
LEZAMA SALAZAR, an individual,

                Defendants.
------------------------------------------------------------X

       WHEREAS, on or about May 14, 2024, Defendants, 444 SOUTH BROADWAY PIZZA, INC., and EFREN LEZAMA SALAZAR, Individually, extended to Plaintiff, CRECENZIANO GARCIA, an Offer of Judgment pursuant to Fed. R. Civ. P. 68, in the amount of FORTY THOUSAND DOLLARS AND ZERO CENTS ($40,000.00); CRECENZIANO GARCIA, accepted that offer, and filed the offer, and his acceptance thereof, with this Court;

       NOW THEREFORE, pursuant to Fed. R. Civ. P. 68, it is hereby ADJUDGED and DECREED, that Plaintiff, CRECENZIANO GARCIA, have judgment against Defendants, 444 SOUTH BROADWAY PIZZA, INC., and EFREN LEZAMA SALAZAR, Individually, jointly and severally, in the amount of FORTY THOUSAND DOLLARS AND ZERO CENTS ($40,0000.00), inclusive of all legal fees, interest, and costs, with such judgment to be paid immediately.

       All pending motions are denied as moot, and the Clerk of Court is directed to administratively close this case.

       DATED: May 22, 2024.

                                                          _____
                                                          Honorable Kenneth M. Karas
                                                          United States District Judge